Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :** CEDRIC WOODFORK          **Case Number :** 053L 2:00CR00363-001F

**Name of Sentencing Judicial Officer :** Honorable Martin L. C Feldman

**Offense :** 18 U.S.C. 922(g)(1) and 924(a)(2) - Possession of a firearm by a convicted felon

**Date of Sentence :** April 18, 2001

**Sentence :** 27 months in the custody of the Bureau of Prisons, to be followed by a three year term of supervised release. A special assessment of $100.00 was also imposed.

**Special Conditions :**

1. Financial disclosure
2. Drug testing/treatment
3. Orientation and life skills

**Type of Supervision :**   Supervised Release          **Date Supervision Commenced :** November 07, 2003
**Assistant U.S. Attorney :**   Michael Magner          **Defense Attorney :** Gary V. Schwabe

---

### PETITIONING THE COURT

[ X ] To issue a warrant                              [ ] To issue a summons

For the arrest of Cedric Woodfork for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition (s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition: | On August 16, July 12, and January 21, 2004, Woodfork submitted urinalyses to personnel of the Methodist Counseling Center, which tested positive for opiates. Woodfork admitted to drug usage. |
| | On May 19, 2004, Woodfork submitted a urinalysis to personnel of the Methodist Counseling Center, which tested positive for ethanol. Woodfork admitted drinking alcohol. |
| Special Condition No. 2: | On January 12, and January 6, 2005, December 28, December 1, December 24, and April 2, 2004, Woodfork failed to report for scheduled urinalyses at the Methodist Counseling Center. |
| | On June 4, January 26, and January 22, 2004, Woodfork submitted urinalyses to personnel of the Methodist Counseling Center that were reported as diluted by Kroll Laboratory. He denied diluting the urinalyses. |

DATE OF ENTRY
JAN 2 6 2005

Standard Condition No. 3:   On January 14, 2005, and June 14, 2004, Woodfork failed to report to the U. S. Probation Office for scheduled meetings with this officer.

**CUSTODIAL STATUS :**

Cedric Woodfork is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 24, 2005

_Michael E. Fulham_
Michael E. Fulham
U.S. Probation Officer

REVIEWED BY:

_Matthew G. Arseneaux_
Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Martin L. C. Feldman_
Signature of Judicial Officer

1.25.05
Date

Address of Offender:   4550 Feliciana Drive
                       New Orleans, LA 70126

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING <u>ONLY</u>:
   Original       - Clerk's Office
   1 Copy Certified    - U.S. Attorney
   1 Copy Certified    - U.S. Marshal's Office
   2 Copies Certified  - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**PROBATION OFFICE**

JILL N. BENOIT
CHIEF PROBATION OFFICER

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JAN 25  PM 3:33

LORETTA G. WHYTE
CLERK

January 24, 2005

Honorable Martin L. C. Feldman
United States District Judge
500 Poydras Street, Room C-555
New Orleans, Louisiana 70130

                         RE: **WOODFORK, Cedric**
                             Cr. No: 053L 2:00CR00363-001F
                             **REQUEST FOR WARRANT**

Dear Judge Feldman:

On April 18, 2001, Woodfork was sentenced by Your Honor after pleading guilty to being a felon in possession of a firearm. He was sentenced to serve 27 months in the custody of the Bureau of Prisons, to be followed by a three year term of supervised release. Woodfork was ordered to abide by the special conditions of financial disclosure, drug testing/treatment, and the orientation and life skills program.

Woodfork's term of supervised release commenced on November 7, 2003, upon his release to the Eastern District of Louisiana. Woodfork has violated the conditions of his supervised release as he submitted urinalyses to personnel of the Methodist Counseling Center which tested positive for opiates and alcohol. Woodfork failed to report to the Methodist Counseling Center for six random urinalyses, and Woodfork submitted three diluted samples to personnel of the Methodist Counseling Center. Finally, Woodfork failed to report to the U. S. Probation Office for a scheduled office visit with this officer on January 14, 2005, and June 14, 2004. Woodfork has been given every opportunity to comply with the terms and conditions of his supervised release and revocation appears appropriate.

Accordingly, Probation Form 12C is attached for Your Honor's signature should Your Honor concur in this matter. It is this writer's intention to recommend detention when Woodfork appears before the U. S. Magistrate Judge for his Initial Appearance Hearing.

                                              Respectfully,

                                              Michael E. Fulham
                                              U. S. Probation Officer

MEF/tah

Attachment

**REVIEWED BY:**                                                        
Matthew G. Arseneaux
Supervising U.S. Probation Officer