

MINUTE ENTRY
AFRICK, J.
JANUARY 31, 2005        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                       CRIMINAL ACTION

VERSUS                                         NO. 00-363

CEDRICK WOODFORK                               SECTION "F"

## INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/WITHOUT COUNSEL _____
              X / ASST. U. S. ATTORNEY  MICHAEL MAGNER  William Gibbens for
              X / PROBATION OFFICER MICHAEL E. FULHAM
              __/ INTERPRETER,_____, SWORN (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE:  READ  SUMMARIZED  WAIVED

_ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
_ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
_ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
_ / DEFENDANT RELEASED ON BOND
_ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_____February 10, 2005 at 2:00 pm_____
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_____February 2, 2005 at 2:00 PM._____
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE MARTIN L.C. FELDMAN

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.

DATE OF ENTRY
FEB - 1 2005