

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB -2 PM 3:54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-363** |
| v. | * | SECTION: "F" |
| **CEDRIC WOODFORK** | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents as follows:

I.

On January 11, 2001, the defendant, Cedric Woodfork, pled guilty to violating Title 18, United States Code, Section 922(g)(1) in the above-captioned case number and division.

II.

O April 18, 2001, the defendant was sentenced to serve 27 months imprisonment and three (3) years of supervised release following the completion of his term of imprisonment. A $100.00 special assessment fee was also ordered.

DATE OF ENTRY
FEB 7 2005

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
✓ CtRmDep\_\_\_\_
\_\_ Doc. No. 18

III.

Defendant has violated the terms and conditions of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

**WHEREFORE**, the government prays that the defendant, Cedric Woodfork, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before this Court why his supervised release should not be revoked for his failure to abide by the terms and conditions of said supervised release.

New Orleans, Louisiana, this 2nd day of February, 2005.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
MATTHEW M. COMAN
Assistant United States Attorney
Bar Roll No. 23613
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3116

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ___ day of FEBRUARY, 20 05.

_____
Assistant United States Attorney

2

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-363** |
| v. | * | SECTION: "F" |
| **CEDRIC WOODFORK** | * | |

\* \* \*

### ORDER

Considering the motion of the United States of America and the facts set forth therein;

**IT IS ORDERED** that the defendant, Cedric Woodfork, be brought before this Court, that a copy of this Rule be served upon him, and that he show cause, if any he can, on the 9th day of March, 2005, at 2:00 p.m., why his three (3) year term of supervised release granted by the United States District Court for the Eastern District of Louisiana, should not be revoked for violation of the terms and conditions of said supervised release.

New Orleans, Louisiana, this 4th day of February, 2005.

_____
UNITED STATES DISTRICT JUDGE

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JAN 25 PM 3:33
LORETTA G. WHYTE
CLERK

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :** CEDRIC WOODFORK             **Case Number :** 053L 2:00CR00363-001F

**Name of Sentencing Judicial Officer :** Honorable Martin L. C Feldman

**Offense :** 18 U.S.C. 922(g)(1) and 924(a)(2) - Possession of a firearm by a convicted felon

**Date of Sentence :** April 18, 2001

**Sentence :** 27 months in the custody of the Bureau of Prisons, to be followed by a three year term of supervised release. A special assessment of $100.00 was also imposed.

**Special Conditions :**

1. Financial disclosure
2. Drug testing/treatment
3. Orientation and life skills

**Type of Supervision :** Supervised Release        **Date Supervision Commenced :** November 07, 2003
**Assistant U.S. Attorney :** Michael Magner        **Defense Attorney :** Gary V. Schwabe

---

### PETITIONING THE COURT

[ X ] To issue a warrant                                              [ ] To issue a summons

For the arrest of Cedric Woodfork for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| Mandatory Condition: | On August 16, July 12, and January 21, 2004, Woodfork submitted urinalyses to personnel of the Methodist Counseling Center, which tested positive for opiates. Woodfork admitted to drug usage. |
|  | On May 19, 2004, Woodfork submitted a urinalysis to personnel of the Methodist Counseling Center, which tested positive for ethanol. Woodfork admitted drinking alcohol. |
| Special Condition No. 2: | On January 12, and January 6, 2005, December 28, December 1, December 24, and April 2, 2004, Woodfork failed to report for scheduled urinalyses at the Methodist Counseling Center. |
|  | On June 4, January 26, and January 22, 2004, Woodfork submitted urinalyses to personnel of the Methodist Counseling Center that were reported as diluted by Kroll Laboratory. He denied diluting the urinalyses. |

DATE OF ENTRY
JAN 2 6 2005

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No. 73

GOVERNMENT
EXHIBIT
A

| | |
|---|---|
| Standard Condition No. 3: | On January 14, 2005, and June 14, 2004, Woodfork failed to report to the U. S. Probation Office for scheduled meetings with this officer. |

**CUSTODIAL STATUS:**

Cedric Woodfork is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 24, 2005

*Michael E. Fulham*
Michael E. Fulham
U.S. Probation Officer

REVIEWED BY:

*Matthew G. Arseneaux*
Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Martin L. C. Feldman*
Signature of Judicial Officer
1.25.05
Date

Address of Offender:   4550 Feliciana Drive
                       New Orleans, LA 70126

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original     - Clerk's Office
   1 Copy Certified   - U.S. Attorney
   1 Copy Certified   - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



JILL N. BENOIT
CHIEF PROBATION OFFICER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICES

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JAN 25 PM 3: 33

LORETTA G. WHYTE
CLERK

January 24, 2005

Honorable Martin L. C. Feldman
United States District Judge
500 Poydras Street, Room C-555
New Orleans, Louisiana 70130

                         RE: WOODFORK, Cedric
                            Cr. No: 053L 2:00CR00363-001F
                            REQUEST FOR WARRANT

Dear Judge Feldman:

On April 18, 2001, Woodfork was sentenced by Your Honor after pleading guilty to being a felon in possession of a firearm. He was sentenced to serve 27 months in the custody of the Bureau of Prisons, to be followed by a three year term of supervised release. Woodfork was ordered to abide by the special conditions of financial disclosure, drug testing/treatment, and the orientation and life skills program.

Woodfork's term of supervised release commenced on November 7, 2003, upon his release to the Eastern District of Louisiana. Woodfork has violated the conditions of his supervised release as he submitted urinalyses to personnel of the Methodist Counseling Center which tested positive for opiates and alcohol. Woodfork failed to report to the Methodist Counseling Center for six random urinalyses, and Woodfork submitted three diluted samples to personnel of the Methodist Counseling Center. Finally, Woodfork failed to report to the U. S. Probation Office for a scheduled office visit with this officer on January 14, 2005, and June 14, 2004. Woodfork has been given every opportunity to comply with the terms and conditions of his supervised release and revocation appears appropriate.

Accordingly, Probation Form 12C is attached for Your Honor's signature should Your Honor concur in this matter. It is this writer's intention to recommend detention when Woodfork appears before the U. S. Magistrate Judge for his Initial Appearance Hearing.

                                          Respectfully,

                                          Michael E. Fulham
                                          U. S. Probation Officer

MEF/tah

Attachment

REVIEWED BY: Matthew G. Arseneaux
Supervising U.S. Probation Officer