UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-363 |
| CEDRIC WOODFORK | SECTION "F" |

MARCH 9, 2005

CT. DEP.  STEVE HILL
CT. REP.  RHONDA HARDIN

GOVT ATTY: MATT COMAN
DEFT ATTY: GARY SCHWABE

    HEARING ON GOVERNMENT'S RULE TO REVOKE SUPERVISED RELEASE:

COURT ORDERS THE DEFENDANT TO BUREAU OF PRISONS FOR 10 MONTHS ON COUNT 1.

REMANDED TO CUSTODY

JS 10- .30 MINUTES

___Fee___ _____
___Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc.No._____