FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 10 PM 3:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-363 |
| CEDRIC WOODFORK | SECTION "F" |

### JUDGMENT AND ORDER REVOKING SUPERVISED RELEASE

On March 9, 2005, the defendant, Cedric Woodfork, appeared in Court with his counsel, on a Rule to Show Cause Why His Supervised Release Should Not be Revoked for violation of the terms of his supervised release which were imposed by this Court on April 18, 2001.

After hearing the arguments of counsel, the Court finds that the defendant has violated the terms of his supervised release and orders that the term of Supervised Release dated April 18, 2001, is hereby RECALLED, REVOKED AND SET ASIDE; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 10 months as to Count 1.

IT IS FURTHER ORDERED that the defendant is hereby remanded

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

to the Custody of the U. S. Marshal and that the Clerk deliver a certified copy of this Judgment and Commitment to the U. S. Marshal or other qualified officer and that same shall serve as the commitment herein.

New Orleans, Louisiana, this __10th__ day of March, 2005.

                                                             _____
                                                           UNITED STATES DISTRICT JUDGE